**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**DISTRICT OF MARYLAND**
SOUTHERN DIVISION
6411 IVY LANE, SUITE 710
GREENBELT, MARYLAND 20770
TEL: (301) 344-0600
FAX: (301) 344-0019

JAMES WYDA
FEDERAL PUBLIC DEFENDER

SAPNA MIRCHANDANI
APPELLATE ATTORNEY

June 11, 2015

Haynes
98-392

Via Email
The Honorable Peter J. Messitte
United States District Court, District of Maryland
United States Courthouse
6500 Cherrywood Lane
Greenbelt, MD 20770

Re:   Consent Motion Seeking Reduced Sentences Under 18 U.S.C.
§ 3582(c)(2) Based on Retroactive Application of Amendment 782
to the U.S. Sentencing Guidelines ("Drugs Minus Two")

Dear Judge Messitte:

As you know, the United States Attorney's Office and the Office of the Federal Public Defender have been working together to reach an agreement regarding the roughly 1,200 defendants who are potentially eligible to seek sentence reductions under 18 U.S.C. § 3582(c)(2) based on retroactive application of Amendment 782 to the U.S. Sentencing Guidelines. For the individuals listed in the attached chart, the U.S. Attorney's Office and Federal Defender's Office respectfully move this Court to grant the requested relief. In support, we will forward to the Court (via separate emails) the following documentation: (i) a memo from the U.S. Probation Office regarding the defendant's eligibility to seek relief under § 3582; (ii) the presentence report; (iii) the judgment and statement of reasons; (iv) any amended judgment or previous reduction order, where applicable; and (v) a proposed reduction order.

If you have any questions about these submissions, please contact David Copperthite at (410) 209-4800 or david.copperthite@usdoj.gov, or Sapna Mirchandani at (301) 344-0600 or sapna_mirchandani@fd.org. Thank you for your time and attention.

Sincerely,
/s/
Sapna Mirchandani

cc:   David Copperthite, Assistant U.S. Attorney